FILED
CLERK, U.S. DISTRICT COURT

MAY - 7 2008

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DAVID LEITCH,<br><br>    Petitioner,<br><br>    v.<br><br>JOHN MARSHALL, Warden,<br><br>    Respondent. | Case No. SACV 06-00688 GAF (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objections thereto, *de novo*. IT IS ORDERED that:

1. The Court finds the Objections principally repeat arguments that Petitioner raised in his claims for relief and lack merit for the reasons discussed in the R&R. Therefore, the Objections are overruled and the R&R is approved and adopted.

3. Judgment shall be entered denying the Petition and dismissing this action with prejudice.

3. All motions are terminated as moot.

IT IS FURTHER ORDERED that the Clerk of the Court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: \_\_\_\_5/6\_\_\_\_, 2008

                            GARY A. FEESS
                        UNITED STATES DISTRICT JUDGE