JS-6

FILED
CLERK, U.S. DISTRICT COURT
MAY - 7 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DAVID LEITCH,<br><br>    Petitioner,<br><br>    v.<br><br>JOHN MARSHALL, Warden,<br><br>    Respondent. | Case No. SACV 06-00688 GAF (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that, for the reasons set forth in the Report and Recommendation, this action is dismissed with prejudice.

Dated: 5/6, 2008

GARY A. FEESS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY - 7 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY